IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00059-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    SCOTT A. WHATCOTT,
    a/k/a Scott Wilson,

    Defendant.

_____

## ORDER ON PENDING MOTIONS
_____

This matter is before me on the three motions listed below, each of which was filed by Defendant Scott A. Whatcott on September 8, 2008. Having carefully considered each motion, the government's response and all applicable legal authorities, and being fully advised in the premises, I rule on each of these motions as follows:

1. Defendant's Motion for Bill of Particulars (Doc. #67) is DENIED. The indictment provides ample notice and protects Mr. Whatcott from double jeopardy.

2. Defendant's Motion to Exclude Hearsay Statements (Doc. #72) is DENIED. Any objections to testimonial statements on the basis of the hearsay rule will be considered at trial when made in context.

3. Defendant's Motion for Notice of FRE 404(b), 405, 406, 608 and *Res Gestae* Evidence (Doc. #71) is DENIED as moot as it relates to Rule 404(b) evidence in light of the parties' reported agreement regarding notice of such evidence. The remainder of the Motion is DENIED as no provision exists in the Rules to support it. Objections will be taken up at trial as they may be made.

IT IS SO ORDERED.

Dated this 2nd day of October, 2008.

            s/ John L. Kane
            John L. Kane, Senior District Judge
            United States District Court