IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00059-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTT A. WHATCOTT, a/k/a Scott Wilson,

    Defendant.

## ORDER GRANTING DEFENDANT WHATCOTT'S MOTION FOR AN ENDS OF JUSTICE CONTINUANCE PURSUANT TO TITLE 18 SECTION 3161(B)

The COURT, having reviewed the written motion (doc. #160), filed April 10, 2009, does hereby ORDER an Ends of Justice Continuance pursuant to the specific averments contained in the motion as well as the statements of counsel for the Defense presented in open court during the hearing conducted April 8, 2009 and further finds that the time period from April 8, 2009 until September 28, 2009 is excluded from the Speedy Trial calculation.

DATED this 10th day of April, 2009.

BY THE COURT:

*S/John L. Kane*
THE HONORABLE JOHN L. KANE
SENIOR DISTRICT JUDGE
US DISTRICT OF COLORADO