IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00059-JLK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

SCOTT A. WHATCOTT

       Defendant.

---

**ORDER REGARDING *EX PARTE* NOTICE TO THE COURTS OF COMPLIANCE BY BANK OF AMERICA RE SUBPOENAS DUCES TECUM**

Kane, J.

Having considered the representations of counsel for Defendant Whatcott, I find that BANK OF AMERICA is in full compliance with the subpoenas *duces tecum* issued by Defendant Whatcott and that, as of 4:45 p.m. May 15, 2009, the contempt order imposing financial penalties for noncompliance is terminated.

DATED: May, 18, 2009, *nunc pro tunc* to 4:45 p.m. on May 15, 2009.

                                *S/John L. Kane*
                                SENIOR U.S. DISTRICT JUDGE