IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-59-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    SCOTT A. WHATCOTT,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        In light of the Withdrawal of Motion for Discharge of Lien (doc. #223), filed October 8, 2009, the Motion for Discharge of Lien (doc. #215) is considered moot.

Dated:  October 8, 2009